UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE DAVENPORT,<br><br>        Plaintiff,<br><br>    v.<br><br>GRACENOTE, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-05573-RS<br><br>**STANDBY ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 28 |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by September 1, 2016. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 8, 2016, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: August 5, 2016

_____
Richard Seeborg
United States District Judge