Rory C. Quintana (SBN 258747)
QUINTANA HANAFI
PUNGPRAKEARTI, LLP
351 California St., Ste. 300
San Francisco, CA 94104
Telephone: (415) 504-3121
Fax: (415) 233-8770
rory@qhplaw.com

Monique Olivier (SBN 190385)
DUCKWORTH PETERS
LEBOWITZ OLIVIER LLP
100 Bush St., Ste. 1800
San Francisco, CA 94104
Telephone: (415) 433-0333
Fax: (415) 449-6556
Monique@dplolaw.com

*Attorneys for Plaintiff*

Mark S. Spring, SBN 155114
mspring@cdflaborlaw.com
Nicole A. Legrottaglie, SBN 271416
CAROTHERS DISANTE & FREUDENBERGER LLP
900 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 361-0991
Fax: (916) 570-1958

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIE DAVENPORT,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**GRACENOTE, INC.**, a Delaware corporation; **TRIBUNE COMPANY d.b.a. TRIBUNE MEDIA,** a Delaware corporation; and **DOES 1 through 10**, inclusive,<br><br>Defendants. | **CASE NO.: 3:15-cv-05573**<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; [~~PROPOSED~~] ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]**<br><br>Judge:       Hon. Richard Seeborg<br>Action Filed: December 4, 2015 |

**WHEREAS**, Plaintiff Julie Davenport (herein "Plaintiff") and Defendants Gracenote, Inc. and Tribune Company (herein "Defendants") (collectively, "the Parties") have agreed to

1  fully settle the instant action and have entered into a settlement;

2  **NOW THEREFORE**, the Parties hereby jointly and respectfully request that the Court,

3  pursuant to Federal Rule of Civil Procedure 41(a)(1), discontinue and dismiss with prejudice the

4  above-titled action as to all parties, with each party bearing his or its own fees and costs.

5  Dated: August 25, 2016                    Respectfully submitted,

6                                            QHP, LLP

7                                            By:___s/Rory C. Quintana_____
8                                                  Rory C. Quintana
                                                   *Attorney for Plaintiff*

12 Dated: August 25, 2016                    Respectfully submitted,

13                                           CAROTHERS DISANTE &
                                             FREUDENBERGER, LLP
14

15                                           By:___s/Mark Spring_____
16                                                 Mark Spring
                                                   *Attorney for Defendants*

**[PROPOSED] ORDER**

Having been advised by the Parties that a Settlement Agreement and Release of All Claims was entered into, and having been requested to enter dismissal with prejudice by the parties, the matter *Davenport v. Gracenote Inc., et al.,* United States District Court, Northern District of California, Case No. CV 3:15-cv-05573, is, HEREBY DISMISSED, with prejudice in its entirety as to all parties, pursuant to the parties' stipulation.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

Dated: 8/29/16

_____
Hon. Richard Seeborg
United States District Court Judge